## John Grib, Appellee, v. Chicago Transit Authority, Appellant.

**Gen. No. 45,068.**

Werner W. Schroeder, William S. Allen, Warner H. Robinson, and Arthur J. Donovan, for appellant; James O. Dwight, of counsel; Joseph Barbera, and Jack Freeman, for appellee; Joseph Barbera, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed March 27, 1951; rehearing denied April 4, 1951; released for publication April 13, 1951.